| | |
|---|---|
| GENOVA & MALIN | DATE: NOVEMBER 17, 2009 |
| Attorneys for the Debtor | TIME: 10:00 A.M. |
| 1136 Route 9 | |
| Wappingers Falls NY 12590 | |
| (845) 298-1600 | |
| Thomas Genova (TG4706) | |
| Andrea B. Malin (AM4424) | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

GEORGE HARRAR,

CHAPTER 13
CASE NO. 08-37546(CGM)

        Debtor.
-------------------------------------------------------X

**NOTICE OF HEARING UNDER 11 U.S.C. §§330 AND 503 TO CONSIDER
APPLICATION FOR FINAL ALLOWANCE OF COMPENSATION AND EXPENSES**

**S I R S :**

      **PLEASE TAKE NOTICE**, that a hearing to consider application for allowances of compensation incurred during the period of November 17, 2009 through September 30, 2009 of those set forth below will be held before the Honorable Cecelia G. Morris, United States Bankruptcy Court, 355 Main Street, Poughkeepsie, New York, on the 3rd day of November, 2009at 10:00 o'clock in the forenoon of said day.

| APPLICANT | NATURE OF REPRESENTATION | COMPENSATION REQUESTED | REIMBURSEMENT OF EXPENSES REQUESTED |
|---|---|---|---|
| Genova & Malin 1136 Route 9 Wappingers Falls NY, 12590 | Attorneys for the Debtors | $7,461.00 (of which $3,000.00 has been paid) | $479.71(less $274.00 toward filing fee) |

Dated:   Wappingers Falls, New York
           October 19, 2009

                                                               GENOVA & MALIN
                                                               Attorneys for Debtor

                                                               /s/ Andrea B. Malin
                                                               ANDREA B. MALIN (AM4424)
                                                               1136 Route 9
                                                               Wappingers Falls NY 12590
                                                               (845) 298-1600