EXHIBIT "A"

CLIENT NAME: _Hawar_

MONTHLY PERIOD ENDING: _11/30/08_

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 12 | Rev'd petition & schedule & disp income tax | .7 |
| 12 | Prepare Ch 13 Plan calculated | .5 |
| 13 | Diaried 341 | .3 |

TOTAL: 1.5

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

STAFF MEMBER

CLIENT NAME: Harav

MONTHLY PERIOD ENDING: 12/31/08

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 3 | Rev'd App for 2nd exam & sent to client | .3 |
| 4 | Discussed 2nd exam & issues w/client | .5 |
| 5 | Rcv'd/rev'd new order & doc request | .3 |
| 9 | Rev'd file for 341 | .3 |
| 10 | App @ 341 | .5 |

TOTAL: 1.9

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary

STAFF MEMBER

CLIENT NAME: Haway

MONTHLY PERIOD ENDING: 3/09

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|------------------------------|-------|
| 14 | TC w/ Tim Tiegen re: issue w/ 523(a)(4) | .3 |
| 15 | Dev'd Mohan Ext Time file amd | .3 |
| 19 20 | TC w/client prep HOC App @ HOC | .4 .5 |
| 30 | Review Order, Ext 523 prudd | .1 |
| | 2004 Exam of Debtor | 3.5 |
| | Prep for 2004/Renewd Fees | 1 |

TOTAL:

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

STAFF MEMBER

CLIENT NAME: _Harnay_

MONTHLY PERIOD ENDING: _4/30/09_

DATE          DESCRIPTION OF WORK PERFORMED                    HOURS
================================================================

25    T/C w/ Hrm letters trying
      to settle issues                                          .05

26    T/C w/client w. settlmt
      status B                                                  .05


                                              TOTAL: |

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

STAFF MEMBER

CLIENT NAME: _Hassan_

MONTHLY PERIOD ENDING: 5/31/09

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 1 | Reviewed 2nd Ext Motion | .3 |
| 6 | Rev'd Order Ext. | .3 |
| 7 | I/w w/H T geethy h serve client | .4 |

TOTAL:

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

STAFF MEMBER

CLIENT NAME: _Hassan_

MONTHLY PERIOD ENDING: 6/30/09

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|------|------|
| 1 | Prep HOC Appre w/clow re: inf | .4 |
| 2 | app @ HOC | .5 |
| 13 | Prep + Mem/Sq eb revt 2007 | 2.5 |
| 15 | Neg 523 / Review terms of Stip | .5 |
| 18 | Cldft re: stip / terms u | .5 |

TOTAL: 4.4

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary

STAFF MEMBER

CLIENT NAME: Hanar

MONTHLY PERIOD ENDING: 7/31/09

DATE        DESCRIPTION OF WORK PERFORMED              HOURS
=================================================================

25    prep court docs _____ (_____)          1.0
      prep 2007 _____ (_____)                 1.5
      memo of lease(s)                         .5

27    Prep Heary first 2007                    .3

28    app @ hear                               .5
      submit _____ grant notes                 .3



                                      TOTAL:  4.1

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

STAFF MEMBER

CLIENT NAME: Harran

MONTHLY PERIOD ENDING: 8 31/09

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 19 | T/C w/ Hasey re: Stip to Soc | .3 |
| 20 | Rev'd Stip / signed off | .3 |
| 25 | Downloaded "so ord Stip | .3 |

TOTAL: 09

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary

STAFF MEMBER

CLIENT NAME: Hawav

MONTHLY PERIOD ENDING: 9/30/09

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 7 | Prep 2nd 300? | .3 |
| 8 | app @ 300 hrg | .5 |
| 24 | Downloaded order & sent client | .3 |

TOTAL:

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary

STAFF MEMBER

CLIENT NAME: Hanar
MONTHLY PERIOD ENDING: 10/31/09

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 5 | Prepare fee appl | 2.00 |
| 16 | Review claims prep for HOC | .5 |
| | warin | |
| | app @ Hoc | .5 |

TOTAL: 3.00

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary    **Jamie L. Lakin**
STAFF MEMBER

CLIENT NAME: Harrar, George,

MONTHLY PERIOD ENDING:  11 /30 /08

DATE          DESCRIPTION OF WORK PERFORMED          HOURS
==================================================================

11/14    Petition, Retainer...                    .6

TOTAL: .6

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

**Jamie L. Lakin**
STAFF MEMBER

CLIENT NAME: Harrar, George

MONTHLY PERIOD ENDING: 1/31/09

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 1/14 | (d) draft 50(F)/506/3007 motion + memo. | 1.7 |
| 1/15 | (H) Revise motion | .6 |

TOTAL: 2.3

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

CLIENT NAME: Harrar, George

MONTHLY PERIOD ENDING: 2 /28 /09

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 2/5  | fax to Tietjen                | .2    |

**TOTAL:** .2

**A.** Court Appearance Regarding - **B.** Review - **C.** Conference with - **D.** Draft - **E.** Deposition - **F.** Telephone Call To - **G.** Hearing - **I.** Revise - **I.** Correspondence To - **J.** Meeting With - **K.** Closing - **L.** [blank] - **M.** Research - **N.** Study and Review - **O.** Telephone Conversation With - **P.** Receipt and review of - **Q.** Travel - **R.** Prepare - **S.** Telephone Conference with - **T.** Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary   **Leah Madera**
STAFF MEMBER

CLIENT NAME: _Harrar_

MONTHLY PERIOD ENDING: 6 /30/ 09

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 6/4 | Fax Stip to H. Tietjen | .3 |
| 6/12 | O/ Tietjens office re: Stip | .2 |
| 6/15 | O/ re: Stip | .2 |
| 6/ | | |

add time Motion
+ Service                                    2.5

TOTAL:

**A.** Court Appearance Regarding - **B.** Review - **C.** Conference with - **D.** Draft - **E.** Deposition - **F.** Telephone Call To - **G.** Hearing - **H.** Revise - **I.** Correspondence To - **J.** Meeting With - **K.** Closing - **L.** [blank] - **M.** Research - **N.** Study and Review - **O.** Telephone Conversation With - **P.** Receipt and review of - **Q.** Travel - **R.** Prepare - **S.** Telephone Conference with - **T.** Office Conference With

CLIENT NAME: Harper (Ch. 13)

MONTHLY PERIOD ENDING: 6 /30 /09

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 6/16 | felod Serve 522(F) 3007 | .6 |

TOTAL: .6

**A.** Court Appearance Regarding - **B.** Review - **C.** Conference with - **D.** Draft - **E.** Deposition - **F.** Telephone Call To - **G.** Hearing -
**H.** Revise - **I.** Correspondence To - **J.** Meeting With - **K.** Closing - **L.** [blank] - **M.** Research - **N.** Study and Review - **O.** Telephone
Conversation With - **P.** Receipt and review of - **Q.** Travel - **R.** Prepare - **S.** Telephone Conference with - **T.** Office Conference With

CLIENT NAME: _Hanau_

MONTHLY PERIOD ENDING: 7/31/09

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 7/16 | O, C: COS + email + fax | .3 |

TOTAL: .3

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

**Jamie L. Lakin**
STAFF MEMBER

CLIENT NAME: Harrar, George

MONTHLY PERIOD ENDING: 9 / 30 / 09

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| | (d) draft fee app | 1.0 |
| | (H) Revise fee app + Notice | 1.0 |
| | file & serve fee app + Notice | 1.1 |

TOTAL: 3.1

A. Court Appearance Regarding - **B.** Review - **C.** Conference with - **D.** Draft - **E.** Deposition - **F.** Telephone Call To - **G.** Hearing -
**H.** Revise - **I.** Correspondence To - **J.** Meeting With - **K.** Closing - **L.** [blank] - **M.** Research - **N.** Study and Review - **O.** Telephone
Conversation With - **P.** Receipt and review of - **Q.** Travel - **R.** Prepare - **S.** Telephone Conference with - **T.** Office Conference With

*Leah*
STAFF MEMBER

CLIENT NAME: *Hawas*

MONTHLY PERIOD ENDING: *10/31/09*

DATE        DESCRIPTION OF WORK PERFORMED        HOURS

*Prep for Hrc*        *.5*

TOTAL: *.5*

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

CASE NAME: Harrar, George
CASE NO. 08 - 37546

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 11/14 | Petition, Retainer... | 1×55=55 | 1×2.36 | |
| | | 1×76=76 | 1×4.80 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS: | | | | |

| @ $0.20 per page | postage amount | @ $0.50 per page |
|------------------|----------------|------------------|
| = 26.20 copies | = 7.16 postage | = fax |

TOTAL EXPENSES = 33.36

12/30/08

CASE NAME: Hawar
CASE NO.

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 12/4 | 2004 Exam Appl | 5 x .20 | .78 | |
| 12/6 | Order / 2004 | 3 x .20 | .44 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

| 1 | | |
|---|---|---|
| @ $0.20 per page | postage amount | @ $0.50 per page |
| = 1.60 copies | = 1.22 postage | = fax |

TOTAL EXPENSES = 2.82

CASE NAME: Harrar, George
CASE NO. 08-37546

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 1/14 | Copy Exhibits | 13 | | |
| 1/5 | Mtn Ext Time | 10 | .98 | |
| 1/31 | Ord Ex Time | 2 | .44 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

@ $0.20 per page = 5.00 copies

postage amount = 1.42 postage

@ $0.50 per page = ____ fax

**TOTAL EXPENSES = 6.42**

CASE NAME: Harrar, George
CASE NO. 08-37546

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 2/5 | Fax to Tietjen | | | 1 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

| @ $0.20 per page | postage amount | @ $0.50 per page |
|------------------|----------------|------------------|
| = _____ copies | = _____ postage | = .50 fax |

**TOTAL EXPENSES = .50**

CASE NAME: Hamar

CASE NO. 5|3|09

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 5/1/09 | 2nd Ext 523 | 5 | .98 | |
| 5/7/09 | Order Ext | 2 vm | .44 | |
| 3/15/09 | Slip | 5 | .98 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

|  @ $0.20 per page = 2.40 copies | postage amount = 2.40 postage | @ $0.50 per page = fax |

**TOTAL EXPENSES =** 4.80

CASE NAME: Hanav

CASE NO.

4/30/09

| DATE | DOCUMENT | # COPIES | POSTAGE AMT. | FAX PGS |
|------|----------|----------|--------------|---------|
| 6/15 | 3007/506 | 20 X 5 | 1.98 X 5 | |
| | memo | 5 X 5 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS: | | | | |

@ $0.20 per page = 25.00 copies

postage amount = 9.90 postage

@ $0.50 per page = fax

TOTAL EXPENSES = 34.90

CASE NAME: Hawav
CASE NO.
7/31/09

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 28 | 3007 (5528.5) 2nd 15X5 | 1.98X5 | | |
| | | 5X5 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS: | | | | |

| @ $0.20 per page = 20.00 copies | postage amount = 9.90 postage | @ $0.50 per page = fax |
|---|---|---|

TOTAL EXPENSES = 29.90

8/31/09

CASE NAME: Hamar
CASE NO.

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 8/3 | Slip "523) | 4 | .78 | |
| 8/25 | Haplar Slip | 3 | .44 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

| @ $0.20 per page | postage amount | @ $0.50 per page |
|------------------|----------------|------------------|
| = 1.40 copies | = 1.22 postage | = fax |

TOTAL EXPENSES = 2.62

CASE NAME: Hawav

CASE NO.

9/30/69

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 9/30 | Order | 2 | .44 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

| @ $0.20 per page | postage amount | @ $0.50 per page |
|------------------|----------------|------------------|
| = .40 copies | = .44 postage | = fax |

TOTAL EXPENSES = .84

CASE NAME: Hawai

CASE NO. 08 - 37546

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 6/4 | fax - ship | | | 5 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

| @ $0.20 per page | postage amount | @ $0.50 per page |
|------------------|----------------|------------------|
| = _____ copies | = _____ postage | = 2.50 fax |

**TOTAL EXPENSES = 2.50**

CASE NAME: Harrar (Ch. 13)
CASE NO.

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 6/16 | Serve 522(f)/3007 | 184 | 4 + 1.89 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

| @ $0.20 per page | postage amount | @ $0.50 per page |
|------------------|----------------|------------------|
| = 36.80 copies | = 7.56 postage | = fax |

**TOTAL EXPENSES =** 44.36

CASE NAME: Hassas
CASE NO. 08-37546

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 7/16 | COJ | | | 3 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

| @ $0.20 per page | postage amount | @ $0.50 per page |
|------------------|----------------|------------------|
| = _____ copies | = _____ postage | = 1.50 fax |

**TOTAL EXPENSES =** 1.50

CASE NAME: Harrar, George

CASE NO.

10 | 31 | 09

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| | Serve Fee Notice | 29 | 29 x .44 | |
| | Serve Fee App | 3 x 18 | 3 x 1.01 | |
| | Walsh/Todd | 10 | | 10 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

| @ $0.20 per page | postage amount | @ $0.50 per page |
|------------------|----------------|------------------|
| = 18.60 copies | = 17.59 postage | 5.00 fax |

TOTAL EXPENSES = 34.19

41.19